AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| MICHAEL HARRISON | ) | 6:19-mj- *1826* |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 18, 2019 _____ in the county of _____ Brevard _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Castro, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _11-18-2019_

_____
*Judge's signature*

City and state: _____ Orlando, Florida _____

THOMAS B. SMITH, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                          CASE NO. 6:19-mj- 1826

COUNTY OF ORANGE

## AFFIDAVIT

I, David Castro, after being duly sworn, depose and state:

1.      I am currently a Special Agent for Homeland Security

Investigations, assigned to Cocoa Beach, Florida. I have been an agent for the

last 13 years. I attended the Federal Law Enforcement Training Center's

Criminal Investigator Program as well as Immigration and Customs

Enforcement Special Agent Training. I also attended the United States

Treasury Department's Basic Computer Evidence Recovery Training and the

Advanced Computer Evidence and Recovery Training.  Prior to that, I was a

Police Detective Sergeant for the Miami Police Department and was a

certified police officer in the State of Florida.

2.      I have received specialized training in the investigations of sex

crimes, child exploitation, child pornography, and computer crimes.  I have

participated in investigations of persons suspected of violating federal child

pornography laws, including 18 U.S.C. §§ 2251 and 2252A.  I have also

participated in investigations of persons suspected of violating federal laws

pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

3.      I have participated in various training courses for the

investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.  Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4.      This affidavit is submitted in support of a criminal complaint against MICHAEL HARRISON for a violation of 18 U.S.C. § 2252A(a)(1). As set forth in more detail below, I believe there is probable cause that HARRISON knowingly transported child pornography in or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(1).

5.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6.     Title 18, United States Code, Section 2252A(a)(1) prohibits a person from knowingly mailing, or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography.

## INVESTIGATION

7.     Based on my review of ship passenger documents and MICHAEL HARRISON's passport, I know that MICHAEL HARRISON is United States citizen who traveled as a passenger on board the Norwegian Cruise Line cruise vessel Norwegian Sun.  The ship departed from Port Canaveral, Florida, in the Middle District of Florida, on November 14, 2019, and travelled to Grand Stirrup Cay, Bahamas, and Nassau, Bahamas prior to returning to Port Canaveral, Florida, on November 18, 2019.

8.     A routine records check by Customs and Border Protection (CBP) revealed that MICHAEL HARRISON is a registered sex offender in State of Nevada.  Based on my review of Nevada's online sex offender registry, MICHAEL HARRISON was previously convicted for Lewd Act on a Child in the State of California.  CBP advised the vessel to have MICHAEL HARRISON escorted to CBP for inspection.

9.      Upon arrival at Port Canaveral, Florida, MICHAEL

HARRISON disembarked the ship and was escorted to CBP at Cruise

Terminal 10 to present himself for inspection. Upon presenting himself to

CBP, MICHAEL HARRISON made a statement claiming ownership of an

HP laptop, Samsung cellular phone, Samsung tablet, Go-pro camera with two

memory cards, and a thumb drive.

10.     A CBP officer conducted a border search of MICHAEL

HARRISON's luggage and electronic equipment.  Upon inspecting the laptop,

the CBP officer observed several videos, including at least one that depicted an

underage child masturbating. CBP then contacted Homeland Security

Investigations (HSI) and advised that at least one video of suspected child

pornography was found on MICHAEL HARRISON's computer.

11.     Brevard County Sheriff's Office (BCSO) Task Force Agent

(TFA) Aja Stakes and I responded to the terminal.  BCSO Computer Forensic

Agent Mary Adams conducted a preview of the computer pursuant to a border

search and observed two video files containing child pornography.  The two

files were located in a subfolder of the Videos folder.  The subfolder was called

Plant Pun Copy.

12.     The first video is titled, "13yo 14yo boy jack eachother off."  The

video depicts two boys, both of whom appear to be under 18 years of age.

4

One boy appears to be approximately 11 years old, and the other boy appears to be approximately 15 years old. In the video, the boys are pulling down their shorts in front of a webcam, and masturbating.

13.     The second video has an alphanumeric title ending "ca96eb661.mp4." It depicts a young girl who is approximately 10 or 11 years old. The girl is taking off her shirt at the direction of an adult male whose hand is visible. Then she masturbates while pulling down her pants and exposing her vagina.

14.     TFA Stakes advised MICHAEL HARRISON of his Miranda rights and he agreed to be interviewed by TFA Stakes and me. During the interview, MICHAEL HARRISON admitted to having downloaded to the computer videos of child pornography from the Internet, including videos depicting children as young as 12 years old. He said that he last accessed them sometime in October, before leaving on the cruise. He thought that he may have obtained the videos from the Pornhub or Youporn websites. MICHAEL HARRISON said he downloaded and watched the pornographic videos of underage children to keep himself from trying to have sex with an underage child again.

## CONCLUSION

15.    I believe there is probable cause that MICHAEL HARRISON

knowingly transported child pornography in or affecting interstate or foreign

commerce, in violation of 18 U.S.C. § 2252A(a)(1).


David Castro, Special Agent
Homeland Security Investigations


Sworn to and subscribed before me
this 18th day of November, 2019.


THOMAS B. SMITH
United States Magistrate Judge

6

